■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT TRENT, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Bonomo, J.), rendered April 26, 1983, convicting him of murder in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence at trial established beyond a reasonable doubt that defendant repeatedly stabbed his unconscious victim, causing his death.

We have considered defendant's remaining contentions and find them to be without merit. Mollen, P. J., Rubin, Lawrence and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES VENECHANO, Appellant. — Three judgments of the Supreme Court, Kings County (Owens, J.), all rendered January 13, 1984, affirmed (*People v Harris,* 61 NY2d 9; *People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., Weinstein, Niehoff and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WATERS, Also Known as JAMES DAVIS, Also Known as DANIEL WALLS, Also Known as DAVID WALLS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lodato, J.), rendered April 2, 1982, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Rubin, Lawrence and Kunzeman, JJ., concur.